3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-010 |
| | § | |
| ALBERTO R. CAVAZOS, | § | |
| | § | |
| Defendant. | § | |

## MOTION FOR CONTINUANCE

TO THE HONORABLE DISTRICT JUDGE:

COMES NOW, Plaintiff, UNITED STATES OF AMERICA ("USA"), and presents this Motion for Continuance and in support thereof say as follows:

I.

The above referenced case has been set for Pretrial Conferences and Disclosure of Interested Parties on Wednesday, May 23, 2001 at 2:00 P.M., by Order of this Court.

II.

Plaintiff has been advised by Deputy Constable Mark Bennett of San Benito, Texas that the Defendant has been served on March 1, 2001, but the Summons has been inadvertently misplaced. Plaintiff is awaiting a copy of the executed Summons from the Deputy Constable and will file same with the Court upon receipt.

III.

This Motion is not set out for delay, but so that justice may be done and that settlement can be achieved.

V.

If a settlement is reached, the Court will be notified immediately and the appropriate papers resolving the case will be submitted to the Court forthwith.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant pray that this Court grant this Motion for Continuance.

                                            Respectfully submitted,

By: _____
M. H. Cersonsky TBA#04048500, SBA#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038
**Attorney for the United States of America**

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

<strong><u>CERTIFICATE OF SERVICE</u></strong>

I certify that a true and correct copy of the above and foregoing was sent by certified mail, return receipt requested on May 2, 2001, to:

Mr. Alberto R. Cavazos
610 N. McCullough Street
San Benito, TX 78586

_____
M. H. Cersonsky