4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**MAY 0 7 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-010 |
| | § | |
| ALBERTO R. CAVAZOS, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION FOR CONTINUANCE

On this day, came on to be heard the Motion for Continuance of Plaintiff, UNITED STATES

OF AMERICA ("USA") and the Court having reviewed the pleadings on file is of the opinion that

the Motion for Continuance should be granted.  It is hereby

ORDERED that the above referenced case which had been set for pretrial conference set for

May 23, 2001, is hereby continued until ___June 26___, 2001 at _2:00_a.m./p.m.

SIGNED ___MAY 17th___, 2001, at Brownsville, Texas.

_____
United State District Judge