# RETURN OF SERVICE

C.A. B-01-10 (5)

DATE: 05-08-01

Service of the Summons and Complaint was made by me

NAME OF SERVER (PRINT):

TITLE: Chief Deputy Constable

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: San Benito, TX.
Served Alberto Canales

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED
MAY 1 4 2001
Michael N. Milby
Clerk of Court

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  05-08-01
            Date

Signature of Server

650 E. Hwy 77
Address of Server

San Benito, TX.
Constable
Frank Robles
PCT. 3

Time 10:05 A/M

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.