10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 18 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-010 |
| | § | |
| ALBERTO CAVAZOS | § | |

# ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A. The Magistrate Judge's Report and Recommendation is hereby ADOPTED;

B. Plaintiff's Motion for Default Judgment (Pleading No. 8) is hereby GRANTED; and

C. Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

| | | | |
| --- | --- | --- | --- |
| 1. | Principal Balance as of July 20, 1999 | $ | 2,120.34 |
| 2. | Current Interest | $ | 1,516.80 |
| 3. | Administrative Fees, Costs, Penalties | $ | 0.00 |
| 4. | Attorney's Fees | $ | 550.00 |
| 5. | Pre-Judgment Interest Rate Per Annum | | 8.00% |
| 6. | Daily Accrual: | $ | 1.00 |
| 7. | TOTAL Balance Due (Including Attorney's Fees) | $ | 4,187.14 |
| 8. | Post-Judgment Interest equals 3.62% per annum. | | |

DONE in Brownsville, Texas this 18 day of July 2001.

Hilda Tagle
United States District Judge

3